1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 JUN 25 A 11: 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,       )   CR No. 07 00399 HRL
                                )
           Plaintiff,           )   VIOLATION: Title 18 U.S.C. § 930 (a) -
                                )   Possession of a Firearm in a Federal Facility
                                )   (Class A Misdemeanor)
    v.                          )
                                )
ERIK SAUL KLAUSER,              )
                                )   SAN JOSE VENUE
           Defendant.           )
                                )
_____)

INFORMATION

The United States Attorney charges:

On or about May 6, 2007, in the Northern District of California, the defendant

ERIK SAUL KLAUSER

did knowingly posses a firearm in a Federal facility, to wit: the defendant brought a Heckler & Koch USP .45 caliber pistol, serial number 25-073280, into Norman Y. Mineta San Jose

///
///
///

INFORMATION

1  International Airport, in violation of Title 18, United States Code, Section 930 (a), a Class A
2  misdemeanor.
3
4  DATED: 6/22/2007                SCOTT N. SCHOOLS
                                    United States Attorney
5
6
                                    _____
7                                   DAVID R. CALLAWAY
                                    Assistant United States Attorney
8
9
10  (Approved as to form: _____
                            LINDSAY CRAWFORD
11                          Law Clerk
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                          -2-

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 980(a) - Possession of firearms and dangerous weapons in Federal facilities (Class A misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
1 year term of imprisonment
$100,000 fine
1 year period of supervised release
$25 mandatory special assessment

**DEFENDANT - U.S.**
▶ ERIK SAUL KLAUSER

2007 JUN 25 A II: 42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**
CR 07 00399 HRL

## PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
S/A Suzanna L. Warren - F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **SUSAN KNIGHT**

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: