**FILED**

JUL 13 2007
RICHARD [...]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK SAUL KLAUSER<br><br>Witness. | No. 07-00399 HRL<br><br>[Proposed Order] *AS* APPOINTING THE FEDERAL PUBLIC DEFENDER<br><br>**Honorable Richard Seeborg**<br>United States Magistrate-Judge |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent ERIK SAUL KLAUSER

Dated: July 13, 2007

_____
HONORABLE RICHARD SEEBORG
United States Magistrate-Judge

CJA 23 Submitted

[Proposed] Order Appointed Federal Public Defender          1