SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED

AUG - 7 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIK SAUL KLAUSER, ) <br> ) <br> Defendant. ) <br> ) | No. 07-00399 HRL <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On July 26, 2007, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned and entered a plea of not guilty, the parties jointly requested that the case be placed on Judge Lloyd's calendar on August 23, 2007. Law Clerk Lindsay Crawford then explained that the government had just provided discovery to Assistant Federal Public Defender Nicholas Humy and requested an exclusion of time under the Speedy Trial Act from July 26, 2007 to August 23, 2007. The defendant, through AFPD Humy, agreed to the exclusion, to allow adequate time for him obtain records and otherwise prepare. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 07-00399 HRL                              1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS<br>United States Attorney |
| 2 | | |
| 3 | DATED: 8/3/07 | /s/<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 8/3/07 | /s/<br>NICHOLAS HUMY<br>Assistant Federal Public Defender |
| 6 | | |

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 26, 2007 to August 23, 2007. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8-7-07

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 07-00399 HRL

2