1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     Fax: (408) 535-5066
      Susan.Knight@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,          )    No. CR 07-00399 HRL
                                      )
15         Plaintiff,                 )
                                      )    STIPULATION AND [PROPOSED]
16    v.                              )    ORDER TO EXCLUDE TIME AND
                                      )    DEFER PROSECUTION
17 ERIK SAUL KLAUSER,                 )
                                      )
18         Defendant.                 )
                                      )
19

20     The above-captioned case is currently scheduled for a status hearing on August 23, 2007 at

21 9:30 a.m.  The parties respectfully request that the appearance be vacated because a disposition

22 has been reached in the case.  Specifically, the parties agree that pretrial diversion is an

23 appropriate disposition in this matter, and Mr. Klauser will be referred to Pretrial Services for an

24 intake evaluation.  Such evaluation may take up to three months.  Therefore, the parties request

25 that the case be taken off calendar and if Mr. Klauser is accepted into a diversion program, the

26 government will notify the Court.  If Mr. Klauser is not accepted by Pretrial Services, the

27 government will notify the Court to schedule further proceedings.  Accordingly, the parties

28 request that time be excluded under the Speedy Trial Act from August 23, 2007 until November

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-00399 HRL

1  8, 2007 in order to Mr. Klauser to be evaluated by Pretrial Services for his eligibility to
2  participate in a pretrial diversion program.  18 U.S.C. § 3161(h)(2).
3  SO STIPULATED.                              SCOTT N. SCHOOLS
                                               United States Attorney
4
5  DATED: 8/14/07                              _____/s/_____
                                               SUSAN KNIGHT
6                                              Assistant United States Attorney

7
   DATED: 8/14/07                              _____/s/_____
8                                              NICHOLAS HUMY
                                               Assistant Federal Public Defender
9

10      Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED
11  that the status hearing on August 23, 2007 at 9:30 a.m. is vacated.
12      The Court FURTHER ORDERS that time is excluded under the Speedy Trial Act pursuant to
13  18 U.S.C. § 3161(h)(2) from August 23, 2007 until November 8, 2007 for the purpose of
14  allowing the defendant to be evaluated by Pretrial Services to determine his eligibility to
15  participate in a pretrial diversion program.
16
17  DATED: _____                      _____
                                               HOWARD R. LLOYD
18                                             United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-00399 HRL