*E-filed 8/14/07*

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   Fax: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00399 HRL |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |
| ERIK SAUL KLAUSER, ) | |
|    Defendant. ) | |

   The above-captioned case is currently scheduled for a status hearing on August 23, 2007 at 9:30 a.m.  The parties respectfully request that the appearance be vacated because a disposition has been reached in the case.  Specifically, the parties agree that pretrial diversion is an appropriate disposition in this matter, and Mr. Klauser will be referred to Pretrial Services for an intake evaluation.  Such evaluation may take up to three months.  Therefore, the parties request that the case be taken off calendar and if Mr. Klauser is accepted into a diversion program, the government will notify the Court.  If Mr. Klauser is not accepted by Pretrial Services, the government will notify the Court to schedule further proceedings.  Accordingly, the parties request that time be excluded under the Speedy Trial Act from August 23, 2007 until November

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-00399 HRL

1  8, 2007 in order to Mr. Klauser to be evaluated by Pretrial Services for his eligibility to
2  participate in a pretrial diversion program.  18 U.S.C. § 3161(h)(2).
3  SO STIPULATED.                              SCOTT N. SCHOOLS
                                                United States Attorney
4
5  DATED: 8/14/07                              _____/s/_____
                                                SUSAN KNIGHT
6                                               Assistant United States Attorney
7
   DATED: 8/14/07                              _____/s/_____
8                                               NICHOLAS HUMY
                                                Assistant Federal Public Defender
9
10     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED
11  that the status hearing on August 23, 2007 at 9:30 a.m. is vacated.
12     The Court FURTHER ORDERS that time is excluded under the Speedy Trial Act pursuant to
13  18 U.S.C. § 3161(h)(2) from August 23, 2007 until November 8, 2007 for the purpose of
14  allowing the defendant to be evaluated by Pretrial Services to determine his eligibility to
15  participate in a pretrial diversion program.
16
17  DATED:  8/14/07                             _____
                                                HOWARD R. LLOYD
18                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-00399 HRL