1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  SUSAN KNIGHT (CASBN 209013)
   Assistant United States Attorney

5

6      150 Almaden Blvd., Suite 900
       San Jose, California 95113

7      Telephone: (408) 535-5056
       FAX: (408) 535-5066

8      Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

**FILED**

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )    No.  CR 07-00399 HRL
                                     )
15         Plaintiff,                )
                                     )    NOTICE OF DISMISSAL
16     v.                            )
                                     )    SAN JOSE VENUE
17  ERIK SAUL KLAUSER,               )
                                     )
18         Defendant.                )
                                     )
19  _____ )

20

21      On November 8, 2007, the defendant was placed on a pretrial diversion program relating to a

22  misdemeanor information charging him with possession of a firearm in a federal facility, in

23  violation of 18 U.S.C. § 930(a).  Specifically, the defendant possessed a loaded firearm at San

24  Jose International Airport.  Pretrial Services Officer Jaime Carranza has informed the

25  government that the defendant has successfully completed a pretrial diversion program, including

26  performing 60 hours of community service.  The defendant also forfeited the weapon seized from

27  him.  Accordingly, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure

28  48(a), the United States Attorney for the Northern District of California dismisses the above

**NOTICE OF DISMISSAL**

1    information with prejudice.

2    DATED: *May 20, 2008*                          Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
4

5                                                    DAVID R. CALLAWAY
6                                                    Deputy Chief, San Jose Branch Office

7
                                                     ORDER
8

9        Leave of Court is granted to the government to dismiss the above-captioned information,

10   United States v. Erik Saul Klauser, for the reasons set forth in the Government's Notice of

11   Dismissal.

12

13   Date: 5/23/08

14                                                   HOWARD R. LLOYD
                                                     United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28
     **NOTICE OF DISMISSAL**

                                      2